**1012**

■ THERESA BERGER, Respondent, v. NATHAN BERGER, Appellant.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MURIEL R. M. SILVER, Respondent, v. HENRY F. SILVER, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MURIEL R. M. SILVER, Respondent, v. HENRY F. SILVER, Appellant. — Appeal from order of June 9, 1958 dismissed on consent. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1958

### (September 22, 1958)

■ RHODA L. P. ACKER, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ATLANTIC-PACIFIC MANUFACTURING CORPORATION, Respondent-Appellant, v. RALPH QUINNONEZ, as President of Local 1205 — International Brotherhood of Teamsters, AFL–CIO, et al., Appellants-Respondents, et al., Defendants.— Motion by appellants-respondents for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ BELMONT HOMES, INC., Appellant, v. HOWARD P. KREUTZER et al., Individually and Constituting the Board of Commissioners of Jericho Water District, in the Town of Oyster Bay, Nassau County, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ GEORGE BERESWILL, Respondent, v. PHILIP A. YABLON et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ S. CREMONA & CO., INC., Respondent, v. CHARLES L. DELL et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ CARLTON DAVIS, Respondent, v. IRA EDELSON, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ IGOE BROTHERS, INC., Respondent, v. SYDNEY TALL, Doing Business as TALL VALUE HARDWARE, Defendant, and ISIDORE EISENSTADT, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of BRIDGET COSTELLO, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of PHILIP KOHNBERG et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, and MORTON PICKMAN et al., Intervenors-Respondents.— Motion referred to the court that rendered the decision. Pres-